UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORRAINE A. GITTENS-BRIDGES,

                Plaintiff,

– *against* –

THE CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTION, GARLAND BARRETO, AUDWIN PEMBERTON, NADENE PINNOCK, DINA SIMON, *and* CLAUDETTE WYNTER, in their official and individual capacities as aiders and abettors,

                Defendants.

**ORDER**

19 Civ. 272 (ER)

RAMOS, D.J.:

        The Court is in receipt of Gittens-Bridges' first letter of January 13, 2020, Doc. 119. The Clerk of Court is respectfully directed to remove Doc. 119 from the docket. Gittens-Bridges is directed to refile the letter, redacting the final sentence before her attorney's signature block that discusses Wynter-Hamilton.

It is SO ORDERED.

Dated:   January 13, 2020
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.