

THE LAW OFFICES OF

Special | Hagan

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

**MEMO ENDORSED**

January 5, 2021

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

> Plaintiff's request to stay the case for 60 days is granted. The case is stayed until March 8, 2020.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 1/6/2021
> New York, New York

RE: Gittens-Bridges v. City of New York et. al
Index No.: 19-cv.00272(ER)

Dear Honorable Judge Ramos:

I respectfully write as an officer of the Court to request a stay of 60 days. I tested positive for Covid-19 this afternoon and will be pursuing additional treatment. I seek this stay in light of Plaintiff's opposition to Defendants' motion for summary judgment. In my previous correspondence to the Court, I identified pre-existing respiratory issues, specifically chronic asthma. I am currently experiencing shortness of breath, difficulty speaking, debilitating headaches, loss of smell and taste. As such, I will need time to recover and to pursue treatment.

Consistent with my current health status, I respectfully ask the Court to allow me 30 days to determine if I am able to resume litigation. If I am better at that time, I will not need the full 60 days and will notify the Court.

In closing, I apologize for any inconvenience this may cause the Court and or Counsel. If the Court deems it necessary, I can send a copy to the Court via email of the positive test results for confirmation.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff
Lorraine A. Gittens Bridges