THE LAW OFFICES OF

**Special | Hagan**

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

March 19, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 3/22/2021

**ECF**

Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

RE:  Gittens v. City of New York et. al.
       19-CV-272(ER)

Dear Judge Ramos:

I respectfully write to propose the parties' updated briefing schedule for Defendants' Motion for Summary Judgment.  The parties have conferred, agree and propose the following dates for their respective submissions:  Plaintiff's opposition is due on or before May 15, 2021; and Defendants' reply is due on June 15, 2021.  Once again, Plaintiff apologizes for any delays that have incurred to date, and thanks the Court for its latitude and understanding.

Respectfully submitted,

Special Hagan, Esq.

/s/

Attorney for Plaintiff
Lorraine Gittens-Bridges

> The updated scheduled is approved.  The Clerk of the Court is respectfully directed to lift the stay.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  3/22/2021
> New York, New York

Cc:    Natalie Marcus, Esq.
         Attorney for Defendants