THE LAW OFFICES OF

*Special | Hagan*

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

**MEMO ENDORSED**

May 12, 2021

**ECF**
Honorable Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The proposed amended briefing schedule is approved. Plaintiff's opposition is due June 1, 2021, and Defendants' reply is due July 1, 2021.
>
> It is SO ORDERED. _____
> Edgardo Ramos, U.S.D.J.
> Dated: 05/13/2021
> New York, New York

RE: <u>Gittens v. City of New York et. al.</u>
<u>19-CV-272(ER)</u>

Dear Judge Ramos:

I respectfully write to request to amend the briefing schedule (ECF. Dkt. 159). This is Plaintiff's second request to amend, however, as I conveyed to Counsel, after I requested the aforementioned briefing schedule, I received an order from Judge Carter to resubmit Plaintiff's Opposition to Defendants' Motion for Summary Judgment in the case assigned to him. Judge Carter ordered Plaintiff to re-submit her opposition on or before May 17th, two days after the motion in this matter is due, which is on May 15th. (See <u>Gittens Bridges v. City of New York et. al.</u>)

I explained to Counsel in this matter that I am still recovering from COVID, and that due to debilitating migraines I am not able to work the long hours necessary to complete both filings on their designated due dates. In response, Counsel consented to my request for a two week extension. Accordingly, I am respectfully requesting the following amended briefing schedule: Plaintiff's opposition due on or before June 1, 2021; with Defendants' reply in support due on or before July 1st, 2021.

Once again, I apologize for any inconvenience that my requests have caused the Court. Again, I thank the Court for the latitude and grace that I have been extended to date. I will make best efforts to comply with this requested briefing schedule.

Respectfully submitted,

Special Hagan, Esq.

/s/

Attorney for Plaintiff
Lorraine Gittens-Bridges

THE LAW OFFICES OF
Special | Hagan

196-04 HOLLIS AVENUE
SAINT ALBANS, NEW YORK 11412
P: (917) 337-2439
FAX: (914) 462-4137

Cc: Natalie Marcus, Esq.
Attorney for Defendants