UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORRAINE A. GITTENS-BRIDGES,

                Plaintiff,

-against-

THE CITY OF NEW YORK; GARLAND BARRETO; AUDWIN PEMBERTON; NADENE PINNOCK; DINA SIMON; and CLAUDETTE WYNTER, in their official and individual capacities as aiders and abettors,

                Defendants.

**ORDER**

19 Civ. 272 (ER)

RAMOS, D.J.

The briefing schedule for Defendants' motion for summary judgment is amended as follows:

Plaintiff's opposition is due July 16, 2021. Defendants' reply is due August 16, 2021.

It is SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                            Edgardo Ramos, U.S.D.J.