UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORRAINE A. GITTENS-BRIDGES,

                    Plaintiff,

          -against-                                    **ORDER**

THE CITY OF NEW YORK; GARLAND                    19 Civ. 272 (ER)
BARRETO; AUDWIN PEMBERTON;
NADENE PINNOCK; DINA SIMON;
and CLAUDETTE WYNTER, in their
individual capacities and as aiders and
abettors,

                    Defendants.


RAMOS, D.J.

The briefing schedule for Defendants' motion for summary judgment is amended as follows:

Plaintiff's opposition is due August 24, 2021.  Defendants' reply is due September 7, 2021.

It is SO ORDERED.

Dated:  August 18, 2021
          New York, New York

                                              _____
                                                 Edgardo Ramos, U.S.D.J.