UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LORRAINE A. GITTENS-BRIDGES,<br><br>                    Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK; GARLAND BARRETO; AUDWIN PEMBERTON; NADENE PINNOCK; DINA SIMON; and CLAUDETTE WYNTER, in their individual capacities and as aiders and abettors,<br><br>                    Defendants. | **ORDER**<br><br>19 Civ. 272 (ER) |

RAMOS, D.J.

On January 10, 2019, Plaintiff, Ms. Gittens-Bridges, initiated this action against her employer, the City of New York ("City") and her supervisors at the New York City Department of Correction ("DOC"), alleging age discrimination, cronyism, and retaliation in the workplace. Doc. 1.

On October 12, 2020, Defendants filed a motion for summary judgment. Doc. 143. On August 27, 2021, in light of repeated delays in Plaintiff's filing of her opposition to the motion for summary judgment, the Court stayed the case and directed Plaintiff to submit her opposition by October 22, 2021. Doc. 184.

On October 22, 2021, Plaintiff filed her opposition to the motion. Docs. 185, 186. Plaintiff submitted further filings on October 24 and 25. Docs. 187, 188, 189. The Court therefore directs Defendants to submit their reply papers by November 24, 2021.

The Clerk of Court is respectfully directed to lift the stay.

It is SO ORDERED.

Dated: October 26, 2021
       New York, New York

_____
Edgardo Ramos, U.S.D.J.