UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LORRAINE A. GITTENS-BRIDGES,

                Plaintiff,

-against-

THE CITY OF NEW YORK; GARLAND BAR-RETO; AUDWIN PEMBERTON; NADENE PINNOCK; DINA SIMON; and CLAUDETTE WYNTER, in their individual capacities and as aiders and abettors,

                Defendants.
-----------------------------------------------------------X

19 **CIVIL** 272 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 30, 2022

                                                **RUBY J. KRAJICK**

                                                Clerk of Court

                         BY:

                                                **Deputy Clerk**