

THE LAW OFFICES OF

Special | Hagan

88-08 Justice Avenue 16i
ELMHURST, NEW YORK 11373
P: (917) 337-2439
FAX: (914) 462-4137

# MEMO ENDORSED

April 14, 2022

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

> The application to withdraw is granted. The Clerk of Court is respectfully directed to terminate the motion, Doc. 203.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 04/14/2022
> New York, New York

RE:   Gittens-Bridges v. City of New York et. al
      Index No.: 19-cv.00272(ER)

Dear Honorable Judge Ramos:

    I respectfully write to request the removal of Docket Entry 203. Plaintiff withdraws her motion for reconsideration and has instead opted to file an Appeal with the Second Circuit, as reflected in Docket Entry 204.

Respectfully submitted,

/s/

Special Hagan, Esq.
Attorney for Plaintiff
Lorraine A. Gittens Bridges